IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MICHAEL L. PETERSEN,**

    Petitioner,

v.

**JERI TAYLOR,** Superintendent,
Eastern Oregon Correctional Institution,

    Respondent.

No. 2:16-cv-00970-CL

OPINION AND ORDER

**MOSMAN, J.,**

On May 17, 2018, Magistrate Judge Mark D. Clarke issued his Findings and Recommendation (F&R) [27], recommending that Petitioner's Petition for Writ of Habeas Corpus [2] should be DENIED and this case DISMISSED with prejudice. He also recommended that a Certificate of Appealability be DENIED. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Clarke's recommendation and I ADOPT the F&R in full. Petitioner's Petition for Writ of Habeas Corpus [2] is DENIED and this case is DISMISSED. I further decline to enter a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 9th day of July, 2018.

MICHAEL W. MOSMAN
Chief United States District Judge